IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DECATUR ATHLETIC CLUB, LLC | ) | |
| | ) | |
| EIN NO.: XX-XXX2840 | ) | CASE NO. 17-81439-CRJ-11 |
| | ) | CHAPTER 11 |
| Debtor | ) | |

**FINAL APPLICATION OF MAPLES LAW FIRM, PC,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**PART I. COVER SHEET**

1. Name of Applicant: Maples Law Firm, PC

2. Date Application for Employment was filed: 5/25/17

3. Date of Order Authorizing Employment: 6/20/17

4. Professional Services Provided to: Debtor

5. Period for which Compensation is Sought: 4/1/18 – 8/31/18

6. Amount of Fees Sought: $17,276.25

7. Amount of Expenses Sought: $27.20

8. This is an _____ Interim Application ____X____ Final Application

9. If this is not the first application filed in this case by this professional, disclose as to all prior applications: First Fee Application approved 2/27/18; Second Fee Application approved 7/24/18

10. The aggregate amount of compensation and expenses allowed to date per Court's Order dated 7/25/17 [Doc. 43] and fee applications: $61,146.91

11. The 20% allowance to be approved on this application: $3,455.25

12. The aggregate amount of compensation and expenses paid to date: $3,656.92

/s/Stuart M. Maples
Stuart M. Maples

MAPLES LAW FIRM, PC
200 CLINTON AVE. WEST, SUITE 1000
HUNTSVILLE, AL 35801
(256) 489-9779 – TELEPHONE
smaples@mapleslawfirmpc.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DECATUR ATHLETIC CLUB, LLC | ) | |
| | ) | |
| EIN NO.: XX-XXX2840 | ) | CASE NO. 17-81439-CRJ-11 |
| | ) | CHAPTER 11 |
| Debtor | ) | |

## PART II – VERIFICATION OF APPLICATION FOR COMPENSATION AND EXPENSES

The undersigned, having been duly sworn, certifies that Stuart M. Maples is the person signing and certify matters contained within the interim Application for Compensation and Reimbursement for Expenses filed with this Court. All matters set forth in the Application for Compensation are true and correct to the best of his knowledge and belief.

/s/ Stuart M. Maples
STUART M. MAPLES
Affiant

SWORN TO AND SUBSCRIBED before me on September 25, 2018.

/s/Kristin Pickett
Notary Public
My Commission Expires: 5/19/21

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DECATUR ATHLETIC CLUB, LLC ) | |
| ) | |
| EIN NO.: XX-XXX2840 ) | CASE NO. 17-81439-CRJ-11 |
| ) | CHAPTER 11 |
| Debtor ) | |

## PART III. INTERIM APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

COMES NOW, the Maples Law Firm, P.C. and its Attorneys (hereinafter "Applicant"), as counsel for Decatur Athletic Club, LLC, Debtor in Possession ("Debtor") and says:

### I. INTRODUCTION

1. That Applicant makes this interim application for compensation and reimbursement of actual and necessary costs and expenses incurred by it in the course of its representation of the Debtor through.

2. The Chapter 11 bankruptcy petition for Debtor was filed with this Court on May 10, 2017.

3. This Court entered an order approving the employment of Stuart M. Maples and the firm of Maples Law Firm, P.C. as counsel for Debtor on June 20, 2017.

4. All services for which compensation is requested by this Applicant were performed for and on behalf of the Debtor and not on behalf of any other person.

5. The results achieved to date have required a substantial expenditure of time, energy and expertise. The Debtor has required active legal representation of the highest caliber on an on-going basis in order to serve its needs in the Chapter 11 proceeding.

6. Applicant makes this application under 11 U.S.C. § 330 and 331 of the Bankruptcy Code and seeks allowance of reasonable compensation for the professional services which it has rendered and for reimbursement of the actual necessary expenses which it has incurred in connection herewith.

7. Applicant has rendered services on behalf of Debtor as shown in Exhibit "A". Applicant, therefore, seeks an allowance of interim compensation in the amount of $17,276.25 for professional services rendered as counsel for the Debtor and the reimbursement of actual expenses incurred in the amount of $27.20 for representation from April 1, 2018 through August 31, 2018.

8. Professional services required in this matter and described in this application were performed by an attorney who possesses experience and skills in the area in which he rendered services. Attorney fees awarded pursuant to this application shall not be shared or divided except as allowed by law.

9. Applicant represents that the allowance for interim compensation and reimbursement of expenses required herein is reasonable and fully complies with § 331 of the Bankruptcy Code.

WHEREFORE, PREMISES CONSIDERED, Applicant respectfully requests that it be allowed the sum of $17,276.25 as interim compensation for professional services rendered as attorney for the Debtor and for reimbursement of actual and necessary expenses incurred in the amount of $27.20 from April 1, 2018 through August 31, 2018, and that it be granted such further and additional relief as this Court may deem just and proper.

Dated September 25, 2018.

/s/ Stuart M. Maples
Stuart M. Maples
Counsel for Debtor

Maples Law Firm, P.C.
200 Clinton Ave. West, Suite 1000
Huntsville, AL 35801
(256) 489-9779
smaples@mapleslawfirmpc.com

# CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the foregoing document upon the following either by U.S. Mailing, proper addressed, or electronic mail on September 25, 2018.

Richard Blythe
Bankruptcy Administrator
P. O. Box 3045
Decatur, AL 35602

Decatur Athletic Club
219 2nd Ave.
Decatur, AL  35603

All parties requesting notice through the Court's ECF system

20 Largest Creditors

/s/ Stuart M. Maples
Stuart M. Maples

Maples Law Firm, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
256.489.9779
Tax ID No. 26-2476092

**STATEMENT FOR SERVICES RENDERED**

Page: 1
05/04/2018

Jeremy Goforth
2924 Legacy Drive
Decatur AL 35603

Account No: 842-000M
Statement No: 111180

Chapter 11 Bankruptcy

## Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 03/29/2018 | SMM | Worked on Decatur Mall issue | 360.00 | 0.75 | 270.00 |
| 04/02/2018 | KP | Meet w/ SMM re status of settlement w/ Decatur Mall; objections to Plan and affirmative votes | 125.00 | 0.25 | 31.25 |
| | SMM | Worked on Plan and mall settlement | 360.00 | 1.75 | 630.00 |
| 04/03/2018 | SMM | Worked on Plan | 360.00 | 1.50 | 540.00 |
| 04/06/2018 | KP | Identify, gather and organize pleadings and documents pertinent to 4/9 hearing on Motion to Convert | 125.00 | 0.25 | 31.25 |
| 04/09/2018 | SMM | Attend motion to dismiss | 360.00 | 1.50 | 540.00 |
| 04/10/2018 | DM | Preparation and mailing of monthly fee notice. | 130.00 | 0.50 | 65.00 |
| 04/11/2018 | KP | Meet w/ DSS re Amended Plan and Disclosure filing deadlines | 125.00 | 0.25 | 31.25 |
| 04/12/2018 | KP | Meet w/ SMM; work on 4th Amended Plan and Amended Disclosure Statement; Amended Ballot | 125.00 | 0.50 | 62.50 |
| | DSS | Review and respond to email from KP; review email from opposing counsel; meet with SMM | 225.00 | 0.50 | 112.50 |
| 04/16/2018 | KP | Con't working on amended Plan, Disclosure Statement and Ballot | 125.00 | 3.00 | 375.00 |
| 04/17/2018 | KP | Edit Plan, Disclosure Statement and Ballot | 125.00 | 0.75 | 93.75 |
| | SMM | Worked on Plan | 360.00 | 4.00 | 1,440.00 |
| 04/18/2018 | SMM | Worked on Plan | 360.00 | 2.00 | 720.00 |
| 04/19/2018 | KP | Revised and finalize Amended Disclosure Statement, Amended Plan and supporting exhibits; efile same | 125.00 | 1.00 | 125.00 |
| | SMM | Worked on Plan | 360.00 | 1.00 | 360.00 |
| 04/20/2018 | KP | Mail out of Plan, Disclosure Statement, Order and Ballot to all creditors | 125.00 | 1.00 | 125.00 |
| 04/23/2018 | KP | Draft Notice of Service of Plan, Disclosure Statement, Order and Ballot to all creditors; finalize and efile same | 125.00 | 0.25 | 31.25 |

Page: 2
05/04/2018
Account No: 842-000M
Statement No: 111180

Jeremy Goforth

Chapter 11 Bankruptcy

|  | Rate | Hours |  |
|---|---|---|---|
| For Current Services Rendered |  | 20.75 | 5,583.75 |

### Expenses

| 04/20/2018 | Postage - Mail out of Amended Disclosure Statement, Amended Plan, Amended Ballot and Order to all Creditors | 27.20 |
|---|---|---|
|  | Total Expenses | 27.20 |
|  | Total Current Work | 5,610.95 |

**Maples Law Firm, PC**
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
256.489.9779
Tax ID No. 26-2476092
**STATEMENT FOR SERVICES RENDERED**

Jeremy Goforth
2924 Legacy Drive
Decatur AL 35603

Page: 1
06/06/2018
Account No: 842-000M
Statement No: 111270

Chapter 11 Bankruptcy

<u>Fees</u>

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/02/2018 | KP | Review corr from SMM and creditors re affirmative Plan votes | 125.00 | 0.25 | 31.25 |
| | SMM | Worked on Plan and solicitation | 360.00 | 2.50 | 900.00 |
| 05/04/2018 | KP | Meet w/ SMM re IRS objection to Plan confirmation; email to clt re copy of same | 125.00 | 0.25 | 31.25 |
| | SMM | Worked on confirmation issues | 360.00 | 1.25 | 450.00 |
| 05/07/2018 | KP | Work on drafting proposed Ch. 11 Confirmation Order; review secured creditors' suggested Plan language modifications | 125.00 | 1.25 | 156.25 |
| 05/08/2018 | SMM | Worked on confirmation | 360.00 | 1.25 | 450.00 |
| | DM | Preparation of monthly fee notice and send out same. | 130.00 | 0.50 | 65.00 |
| 05/09/2018 | KP | Draft Memo in Support of Confirmation | 125.00 | 1.00 | 125.00 |
| | SMM | Worked on confirmation | 360.00 | 0.75 | 270.00 |
| 05/10/2018 | SMM | Worked on memorandum | 360.00 | 0.75 | 270.00 |
| 05/11/2018 | KP | Receive and review United Leasing and Life Fitness Plan ballots; draft Summary of Ballots | 125.00 | 0.50 | 62.50 |
| 05/14/2018 | KP | Meet w/ SMM re status of plan votes | 125.00 | 0.25 | 31.25 |
| | SMM | Worked on confirmation and voting | 360.00 | 1.25 | 450.00 |
| 05/15/2018 | KP | Receive and review plan ballot from Direct Capital and Decatur Mall; update Ballot Summary; draft Response to Motion for Relief filed by United Leasing; finalize Motion and efile same; meet w/ SMM re affirmative Plan votes; email to K. Heard re Twickenham ballot | 125.00 | 2.75 | 343.75 |
| 05/16/2018 | KP | Email exchange w/ K. Heard | 125.00 | 0.25 | 31.25 |
| 05/17/2018 | KP | Final editing to Memo in Support of Confirmation | 125.00 | 0.75 | 93.75 |
| | SMM | Worked on memorandum and ballot summary | 360.00 | 2.50 | 900.00 |
| | DSS | Email to and from KP regarding ballot summary | 225.00 | 0.25 | 56.25 |
| 05/18/2018 | KP | Finalize Memo in Support of Confirmation and Ballot Summary; efile same | 125.00 | 0.25 | 31.25 |

Jeremy Goforth

Chapter 11 Bankruptcy

Page: 2
06/06/2018
Account No: 842-000M
Statement No: 111270

| Date | Staff | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/22/2018 | KP | Receive and review email from R. Blythe re delinquent TR; email exchange w/ clt re same | 125.00 | 0.25 | 31.25 |
| | SMM | Worked on confirmation | 360.00 | 1.25 | 450.00 |
| 05/24/2018 | KP | Identify, gather and organize documents pertinent to confirmation hearing | 125.00 | 0.50 | 62.50 |
| | SMM | Attend confirmation hearing | 360.00 | 2.50 | 900.00 |
| 05/25/2018 | KP | Draft proposed Order Approving Oral Pre-Modification of Plan; draft proposed Chapter 11 Confirmation Order | 125.00 | 1.25 | 156.25 |
| 05/29/2018 | KP | Draft proposed Order Approving Third Amended Disclosure Statement as Supplemented; con't drafting Chapter 11 Confirmation Order | 125.00 | 1.25 | 156.25 |
| 05/30/2018 | KP | Receive and review email from M. Evans and discuss same with SMM | 125.00 | 0.25 | 31.25 |
| 05/31/2018 | SMM | Worked on confirmation | 360.00 | 1.25 | 450.00 |
| | | For Current Services Rendered | | 27.00 | 6,986.25 |
| | | Total Current Work | | | 6,986.25 |

Maples Law Firm, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama   35801
256.489.9779
Tax ID No. 26-2476092
**STATEMENT FOR SERVICES RENDERED**

|  |  |  | Page: | 1 |
|---|---|---|---|---|
| Jeremy Goforth |  |  |  | 07/07/2017 |
| 2924 Legacy Drive |  |  | Account No: | 842-000M |
| Decatur AL  35603 |  |  | Statement No: | 110103 |

Chapter 11 Bankruptcy

Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---:|---:|---:|
| 06/06/2017 | DM | Scan and email BA's forms to client. | 130.00 | 0.25 | 32.50 |
|  | DM | T/c with client regarding documents needed for meeting with BA | 130.00 | 0.25 | 32.50 |
| 06/07/2017 | KP | t/c to R. Blythe re 6/8/17 mtg with BA; rescheduled to 6/20/17 | 110.00 | 0.25 | 27.50 |
| 06/08/2017 | KP | t/c to clt re rescheduled BA mtg w/ R. Blythe | 110.00 | 0.25 | 27.50 |
|  | DM | T/c with client regarding rescheduling of BA meeting and continuance of 341. | 130.00 | 0.25 | 32.50 |
| 06/09/2017 | DM | T/c with client regarding Les Mills; draft letter to Les Mills | 130.00 | 0.50 | 65.00 |
| 06/15/2017 | SMM | Worked on Pawnee demand | 360.00 | 0.50 | 180.00 |
| 06/16/2017 | SMM | Prepare for 341 meeting; worked on Premium Finance issue with BB&T | 360.00 | 0.50 | 180.00 |
|  | DSS | Meet with SMM regarding hearing prep | 225.00 | 0.25 | 56.25 |
|  | KM | Identify, gather, and organize materials pertinent to 6/19/17 hearing and prepare DSS folder for same | 55.00 | 0.25 | 13.75 |
| 06/19/2017 | KP | Identify, gather and organize documents pertinent to 6/20 meeting with BK Administrator and 341 Meeting of Creditors; prepare hearing folder for same; draft Order Setting Bar Date and Order Granting Application to Employ MLF | 110.00 | 1.00 | 110.00 |
|  | SMM | Worked on issues regarding payment to BB&T | 360.00 | 0.25 | 90.00 |
|  | DSS | Attend Status Conference and Application to Employ hearing; work on Order on Application to Employ and Motion to set bar date; emails to and from KP and KM; meet with SMM | 225.00 | 2.00 | 450.00 |
| 06/20/2017 | SMM | Attend 341 meeting and BA meeting | 360.00 | 2.50 | 900.00 |
|  | SMM | Review claims notice | 360.00 | 0.25 | 90.00 |
|  | DSS | Review and respond to emails from KM and KP regarding Notice of Bar Date | 225.00 | 0.50 | 112.50 |
|  | KM | Make final revisions to Notice of Bar Date for Filing Claims; e-file with BK Court; prepare and mail same to all creditors listed on the mailing matrix and all other parties requesting notice; email proposed Order Approving Application to Employ SMM as Attorney to Court | 55.00 | 1.25 | 68.75 |
| 06/23/2017 | KP | Draft Motion to Approve Pay Procedures | 110.00 | 0.50 | 55.00 |
|  | SMM | Review email and bank statements regarding Impulse and Hartselle | 360.00 | 0.50 | 180.00 |
|  | SMM | Worked on procedures motion | 360.00 | 0.50 | 180.00 |
|  | SMM | Worked on Impulse and Hartselle transfer issues | 360.00 | 0.75 | 270.00 |

Page: 2
07/07/2017
Account No: 842-000M
Statement No: 110103

Jeremy Goforth

Chapter 11 Bankruptcy

|            |     |                                                                                                                                                                                              | Rate   | Hours |          |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------|-------|----------|
| 06/26/2017 | KP  | Finalize Motion to Approve Pay Procedures and efile same                                                                                                                                     | 110.00 | 0.25  | 27.50    |
| 06/29/2017 | KP  | Access Ramsey County, ND district court records database to assess service of summons and complaint by Western Equipment; review and analyze complaint; draft Motion to Extend Automatic Stay | 110.00 | 1.25  | 137.50   |
|            | SMM | Telephone call to client regarding payments                                                                                                                                                  | 360.00 | 0.50  | 180.00   |
|            | DSS | Meet with SMM and KP                                                                                                                                                                         | 225.00 | 0.50  | 112.50   |
| 06/30/2017 | KP  | Con't drafting Motion to Extend Automatic Stay                                                                                                                                               | 110.00 | 0.50  | 55.00    |
|            |     | For Current Services Rendered                                                                                                                                                                |        | 16.25 | 3,666.25 |

### Expenses

| 06/20/2017 | Postage for mail out of Notice of Bar Date for Filing Claims to all creditors listed on the mailing matrix and all other parties requesting notice | 10.12 |
|------------|---|---|
|            | Total Expenses | 10.12 |
|            | Total Current Work | 3,676.37 |
|            | **TOTAL AMOUNT DUE** | $3,676.37 |

**PAYMENT DUE UPON RECEIPT**

**Maples Law Firm, PC**
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
256.489.9779
Tax ID No. 26-2476092
STATEMENT FOR SERVICES RENDERED

Jeremy Goforth
2205 Century Court SE
Decatur AL 35601

Page: 1
08/06/2018
Account No: 842-000M
Statement No: 111439

Chapter 11 Bankruptcy

### Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 07/23/2018 | KP | Analyzed, identified, and organized documents and pleadings pertinent to 7/23 hearing | 125.00 | 0.25 | 31.25 |
| | SMM | Attend hearing on second fee application | 360.00 | 0.75 | 270.00 |
| 07/24/2018 | KP | Draft proposed Order Granting Second Application for Compensation; draft email to Judge regarding review and entry of same | 125.00 | 0.50 | 62.50 |
| | | For Current Services Rendered | | 1.50 | 363.75 |
| | | Total Current Work | | | 363.75 |

**Maples Law Firm, PC**
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama  35801
256.489.9779
Tax ID No. 26-2476092
**STATEMENT FOR SERVICES RENDERED**

Jeremy Goforth
2205 Century Court SE
Decatur AL  35601

Page: 1
09/14/2018
Account No:  842-000M
Statement No:  111663

Chapter 11 Bankruptcy

Fees

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/01/2018 | KP | Receive and analyze email from Richard O'Neal re additional IRS language for insertion into Ch. 11 Confirmation Order | 125.00 | 0.25 | 31.25 |
|  | KP | Revise Confirmation Order to include additional IRS language; proof and email order to M. Evans, K. Heard, R. O'Neal, H. Trousdale for review and consent | 125.00 | 0.25 | 31.25 |
|  | SMM | Worked on Confirmation Order | 360.00 | 0.25 | 90.00 |
| 08/02/2018 | KP | Review correspondence received from H. Trousdale re revisions to proposed Ch. 11 Confirmation Order; confer with SMM re same; review and analyze previous treatment provided for Decatur Mall in Ch. 11 Plan | 125.00 | 0.25 | 31.25 |
|  | KP | Revise proposed Ch. 11 Confirmation Order to include $74 lump sum payment to Decatur Mall; draft email to H. Trousdale re review and consent | 125.00 | 0.25 | 31.25 |
|  | SMM | Worked on Decatur mall language in confirmation order | 360.00 | 0.50 | 180.00 |
| 08/06/2018 | KP | Email exchange w/ H. Trousdale re additional edits to Decatur Mall's treatment in Ch. 11 Confirmation Order, edit Order per H. Trousdale's suggested revisions | 125.00 | 0.25 | 31.25 |
| 08/08/2018 | KP | Email exchange w/ K. Heard and H. Trousdale to f/u on status of consent of proposed confirmation order | 125.00 | 0.25 | 31.25 |
|  | KP | Draft email to Judge re consideration and entry of proposed Confirmation Order, Order Approving Oral Pre-Confirmation Modification to Plan, and Order Approving Third Amended Disclosure Statement | 125.00 | 0.25 | 31.25 |
| 08/10/2018 | KP | Draft email clt re copy of Ch. 11 Confirmation Order and Debtor's payment obligations to Decatur mall; email exchange w/ H. Trousdale re Debtor's payment instructions | 125.00 | 0.25 | 31.25 |
| 08/14/2018 | KP | Draft post-confirmation payment instructions letter; draft email to SMM re same | 125.00 | 1.25 | 156.25 |
|  |  | For Current Services Rendered |  | 4.00 | 676.25 |
|  |  | Total Current Work |  |  | 676.25 |