IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DECATUR ATHLETIC CLUB, LLC, | ) CASE NO. 17-81439-CRJ-11 |
| | ) CHAPTER 11 |
| Debtor. | ) |
| | ) |

## ORDER ON MOTION FOR FINAL DECREE

This matter came before the Court on December 3, 2018 upon the Debtor's Motion for Entry of Final Decree and Order Closing Chapter 11 Case [Doc. 340] (the "Motion"). Proper notice was given and appearances were made as noted on the record. The Bankruptcy Administrator noted that all bankruptcy administrator fees had been paid to date. The Court having reviewed the Motion and the pleadings filed in this case, finds that the case has been fully administered, and closure is in the best interest of the creditors and the estate. It is therefore

**ORDERED, ADJUDGED and DECREED** that, pursuant to 11 U.S.C. § 350, the Debtor's Motion is **GRANTED.** This case is hereby **CLOSED.**

Dated this the 6th day of December, 2018.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

Order Prepared by:
Stuart M. Maples
MAPLES LAW FIRM, PC